**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6923**

---

AMAECHI OSMOND NWAKUCHE,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; WARREN COUNTY, NC; WAKE COUNTY, NC,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:23-ct-03033-FL-RJ)

---

Submitted:  January 30, 2024                            Decided:  February 6, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Amaechi Osmond Nwakuche, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amaechi Osmond Nwakuche appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Nwakuche v. North Carolina*, No. 5:23-ct-03033-FL-RJ (E.D.N.C. Aug. 29, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*